**STERNS & WEINROTH, P.C.**
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
*Attorneys for Defendants Mutual Pharmaceutical Company, Inc. and United Research Laboratories, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP, and MALLINCKRODT INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MUTUAL PHARMACEUTICAL COMPANY, INC. and UNITED RESEARCH LABORATORIES, INC., <br><br> Defendants. | Civil Action No. 07-cv-1299 (SRC) (MAS) |

### STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by Defendants Mutual Pharmaceutical Company, Inc. and United Research Laboratories, Inc., and Plaintiffs Tyco Healthcare Group LP and Mallinckrodt Inc., through their undersigned counsel, that:

1. Plaintiffs shall file their opposition to Defendants' three pending motions for summary judgment (Docket Nos. 320, 323, and 325) (the "Summary Judgment Motions") no later than January 22, 2010;

2. Defendants shall file any and all reply papers in support of the Summary Judgment Motions no later than February 9, 2010; and

3. The new motion day will be February 16, 2010.

SO STIPULATED,

By: /s/ William J. Heller
William J. Heller
WHeller@McCarter.com
MCCARTER & ENGLISH
Four Gateway Center
100 Mulberry Street
Newark, N.J. 07102
Phone: (973) 639-2000

*Of Counsel:*
Henry J. Renk
Joseph B. Divinagracia
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Phone: (212) 218-2100

*Attorneys for Plaintiffs*
*Tyco Healthcare Group LP and*
*Mallinckrodt Inc.*

Dated: January 15, 2010

By: /s/ Karen A. Confoy
Karen A. Confoy
kconfoy@sternslaw.com
STERNS AND WEINROTH, P.C.
50 West State Street, Suite 1400
Trenton, N.J. 08607-1298
Phone: (609) 392-2100
Facsimile: (609) 392-7956

*Of Counsel:*
James D. Veltrop
Francis H. Morrison III
Jeremy C. Lowe
Jason T. Murata
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100

*Attorneys for Defendants Mutual*
*Pharmaceutical Company, Inc. and United*
*Research Laboratories, Inc.*

Dated: January 15, 2010

IT IS SO ORDERED

Dated: January __, 2010

By: _____
Hon. Stanley R. Chesler, U.S.D.J.

2