| | |
|---|---|
| John E. Flaherty<br>Jonathan M.H. Short<br>MCCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Phone: (973) 622-4444<br>Facsimile: (973) 624-7070<br><br>*Attorneys for Plaintiffs/Counterclaim-*<br>*Defendants Tyco Healthcare Group LP and*<br>*Mallinckrodt Inc.* | Of Counsel:<br><br>Peter E. Strand, *pro hac vice*<br>Nathan J. Muyskens, *pro hac vice*<br>David T. Fischer, *pro hac vice*<br>SHOOK, HARDY & BACON, LLP<br>1155 F. Street, N.W., Suite 200<br>Washington, DC  20004<br>Phone: (202) 783-8400<br>Facsimile: (202) 783-4211<br><br>John D. Garretson, *pro hac vice*<br>SHOOK, HARDY & BACON, LLP<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Phone: (816) 474-6550<br>Facsimile: (816) 421-5547 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP and MALLINCKRODT INC.,<br><br>           Plaintiffs and<br>           Counterclaim-Defendants,<br><br>     v.<br><br>MUTUAL PHARMACEUTICAL COMPANY, INC. and UNITED RESEARCH LABORATORIES, INC.,<br><br>           Defendants and<br>           Counterclaim-Plaintiffs. | Civil Action No.<br>2:07-cv-01299 (SRC)(CLW)<br><br>**NOTICE OF MOTION**<br><br>**Motion Day: October 15, 2012** |

TO MUTUAL PHARMACEUTICAL COMPANY, INC. and UNITED RESEARCH LABORATORIES, INC., AND THEIR ATTORNEYS OF RECORD:

　　　　　PLEASE TAKE NOTICE that Plaintiffs and Counterclaim Defendants Tyco Healthcare

Group LP and Mallinckrodt Inc. (collectively, "Tyco") will move before this Court at the United

States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, on October 15, 2012 at 10:00 a.m., or at a date and time determined by the Court, before the Honorable Stanley R. Chesler, United States District Judge, for entry of an Order pursuant to FED. R. CIV. P. 56, granting partial summary judgment as to the Fifth, Sixth, Seventh, Eighth, Ninth, and Tenth Counts asserted by Defendants and Counterclaim Plaintiffs Mutual Pharmaceutical Company, Inc. and United Research Laboratories, Inc. ("Mutual") in their Defendant/Counterclaim Plaintiffs' Third Amended Counterclaims (D.I. 406).

    PLEASE TAKE FURTHER NOTICE that Tyco relies upon the accompanying (1) Brief in Support of Its Motion for Partial Summary Judgment, (2) Statement of Undisputed Facts in Support of its Motion for Partial Summary Judgment, (3) the Declaration of Peter Strand and exhibits attached thereto in support of this motion.

    PLEASE TAKE FURTHER NOTICE that a Proposed Order granting Tyco's motion is attached.

Dated: September 21, 2012                        Respectfully Submitted,

                                                    *s/John E. Flaherty*_____
                                                    John E. Flaherty
                                                    Jonathan M.H. Short
                                                    MCCARTER & ENGLISH, LLP
                                                    Four Gateway Center
                                                    100 Mulberry Street
                                                    Newark, NJ  07102
                                                    Phone: (973) 622-4444
                                                    Facsimile: (973) 624-7070

                                                    <u>Of Counsel:</u>

                                                    Peter E. Strand, *pro hac vice*
                                                    Nathan J. Muyskens, *pro hac vice*
                                                    David T. Fischer, *pro hac vice*
                                                    SHOOK, HARDY & BACON, LLP
                                                    1155 F. Street, N.W., Suite 200
                                                    Washington, DC  20004

5275823 v1

Phone: (202) 783-8400
Facsimile: (202) 783-4211

John D. Garretson, *pro hac vice*
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorneys for Plaintiffs/Counterclaim-Defendants Tyco Healthcare Group LP and Mallinckrodt Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of the foregoing Motion for Partial Summary Judgment Based on *Noerr-Pennington* Immunity and all supporting documents were caused to be served on September 21, 2012, via ECF and electronic mail upon all counsel of record.

s/ *John E. Flaherty*
John E. Flaherty

5275823 v1